IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CRIMINAL ACTION NO. |
| | : 1:19-CR-00297-03-ELR-JSA |
| PETER TARANTINO, | : |
| | : |
| Defendant. | : |

## **ORDER**

At the recommendation of the pretrial office, in recognition of Defendant's good compliance with the conditions of bond and out of an assessment that those conditions can be loosened, and with the consent of the parties, Defendant Tarantino's bond and conditions of release are hereby amended as follows:

1. The condition of active supervision by the Pretrial Services Office of the Court is dissolved. Defendant is now on unsupervised release, on his own recognizance, secured by his signature in the amount set forth in the original bond.
2. Defendant remains obliged to appear for Court or as required by the Court, including for trial, sentencing (if applicable), to serve any custodial sentence (if applicable) or any other Court appearance at which his presence is not excused.
3. Defendant is to not possess or obtain a passport.
4. Defendant is not to have contact, directly or indirectly, with any co-Defendants or other potential witnesses in this case about the subject matter

of this case, except through counsel and agents working under the direction of counsel.

**IT IS SO ORDERED** this 17th day of February, 2021.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE