# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Criminal Indictment No. |
| TODD CHRISLEY, : | |
| JULIE CHRISLEY, and : | 1:19-CR-297-ELR-JSA |
| PETER TARANTINO, : | |
| : | |
| Defendants. : | |

## MOTION TO EXCLUDE AND SUPPRESS ILLEGIALLY OBTAINED EVIDENCE

COME NOW Defendants, Michael Todd Chrisley and Julie Chrisley, by and through their undersigned counsel, and pursuant to Rule 41(h), Federal Rules of Criminal Procedure, respectfully move this Court to exclude from evidence certain information and documents illegally obtained, for the reasons urged herein as follows:

1.

The defendants filed their Motions to Suppress evidence obtained from the illegal searches and seizures of their property stored at two warehouses seeking the suppression of all evidence and fruits derived therefrom. (Doc. 36). Following multiday hearings on the Defendants' motions, United States Magistrate Judge Justin S. Anand issued his Report and Recommendation and recommended that the motions be granted. (Doc 107).

1

The Government did not appeal the Report and Recommendation. The Court accepted the Magistrate Judge's recommendation as the finding of the Court (Doc. 127).  As a result, the Defendants seek to exclude any and all evidence derived from the illegal search.

One of the items seized in the subject searches was an IPhone cellphone. From June 7, 2018 through July 26, 2018, FBI special agent Stephen Ryskoski reviewed the IPhone cellphone data extracted from the cellphone (Evidence Item 1B25). He noted and bookmarked items of evidentiary value including "items related to banking, bankruptcy, Northwestern Mutual and 7C's Productions." *See* Exhibit A attached hereto.

**2.**

As the IPhone was seized during the illegal search, all evidence derived therefrom should be suppressed and excluded from evidence.

WHEREFORE, Defendants respectfully pray that this Court issue an Order excluding from evidence all information derived from the illegal searches including evidence obtained from the IPhone cellphone and any information and evidence derived therefrom.

> Respectfully submitted,
>
> */s/ Bruce H. Morris*
> Bruce H. Morris

CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the foregoing "MOTION TO EXCLUDE AND SUPPRESS ILLEGIALLY OBTAINED EVIDENCE" through this District's ECF system, which will automatically serve all counsel of record.

This 21st day of March, 2022.

>  /s/ Bruce H. Morris
>  Bruce H. Morris

3