

**THOMAS BROWN**
*U.S. Marshal*

**U.S. Department of Justice**
United States Marshals Service
75 Ted Turner Drive S.W. Suite 1600
Atlanta, GA 30303
MAY 05, 2023

Mr. PETER TARANTINO
USMS# 72608-019
Case# 1:2019-CR-00297- ELR-03

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 05 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Dear: Mr. TARANTINO

    Pursuant to the sentence you received in federal court in the Northern District of Georgia, you are hereby directed to report to the following institution to begin service of your federal sentence.

| | |
|---|---|
| INSTITUTION: | **FPC MONTGOMERY**<br>**Maxwell Air Force Base**<br>**Montgomery, AL 36112** |
| TELEPHONE NO. | (334) 293-2100 |
| REPORT DATE: | **12:00 Noon, JUNE 01, 2023** |

Any further inquiries should be directed to the institution at the telephone number listed above.

    Respectfully,

    THOMAS BROWN
    UNITED STATES MARSHAL

    *[signature]*
    RONNIE D VIRDEN
    CRIMINAL SECTIONS