**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| United States of America, | |
| Plaintiff, | CIVIL ACTION FILE |
| vs. | NO.  1:19-cr-297-ELR-JSA |
| Julie Chrisley, Todd Chrisley, and Peter Tarantino, | |
| Defendants. | |

**O R D E R**

The mandate of the United States Court of Appeals having been read and considered, it is

**Ordered and Adjudged** that the mandate of the United States Court of Appeals be and it hereby is made the judgment of this Court.

Dated at Atlanta, Georgia this ____ day of July, 2024.


_____
HONORABLE ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE