**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>vs.<br><br>Julie Chrisley, Todd Chrisley, and Peter Tarantino,<br>                    Defendants. | CIVIL ACTION FILE<br><br> NO.  1:19-cr-297-ELR-JSA |

**O R D E R**

The mandate of the United States Court of Appeals having been read and considered, it is

**Ordered and Adjudged** that the mandate of the United States Court of Appeals be and it hereby is made the judgment of this Court.

Dated at Atlanta, Georgia this 22nd day of July, 2024.

_____
HONORABLE ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE