

**U.S. Department of Justice**
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*  *Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*  *Fax: (404) 581-6181*
*Suite 600*
*Atlanta, Georgia 30303*

August 13, 2024

Courtroom Deputies
U.S. Courthouse
Richard B. Russell Bldg.
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303

    Re: *U.S. v. Watkins,* 1:06-CR-442-TCB
       *U.S. v. Thirlkill,* 1:17-CR-320-ELR
       *U.S. v. Chrisley, et. al,* 1:19-CR-297-ELR
       *U.S. v. Purchek,* 3:21-CR-004-TCB
       *U.S. v. Lawson, et al.* 3:21-CR-006-TCB
       *U.S. v. Ogiekpolor,* 1:21-cr-016-WMR
       *U.S. v. Chang,* 1:21-cr-109-AT
       *U.S. v. Melnick,* 1:21-CR-300-LMM
       *U.S. v. Shackelford, et al.* 1:21-CR-454-WMR
       *U.S. v. Salandra* 1:22-CR-53-LMM
       *U.S. v. Parrino* 1:22-CR-280-LMM
       *U.S. v. Tiffany Brown* 1:22-CR-359-TWT
       *U.S. v. Hughes* 1:23-CR-38-WMR
       *U.S. v. M. Patel* 1:23-CR-126-LMM
       *U.S. v. Ihimekpen, et al.* 1:23-CR-192-SCJ
       *U.S. v. Sheats,* 1:23-CR-380-JPB
       *U.S. v. Maloney,* 1:24-CR-33-JPB
       *U.S. v. S. Patel,* 1:24-cr-225-SCJ

Dear Courtroom Deputies:

    This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office on September 3, 2024, February 13, 2025, February 14, 2025, and February 18, 2025.

    I request that the Court not schedule any court appearances in the above-referenced matters for those dates.

                  Sincerely,

                    RYAN K. BUCHANAN
                    *United States Attorney*

                    */s/ Alex R. Sistla*

                    ALEX R. SISTLA
                    *Assistant United States Attorney*